FILED IN
COURT OF CRIMINAL APPEALS

June 6, 2016

ABEL ACOSTA, CLERK

PD-1358-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/6/2016 11:24:24 AM
Accepted 6/6/2016 11:39:16 AM
ABEL ACOSTA
CLERK

**No. PD-1358-15**
**No. PD-1359-15**
**No. PD-1360-15**
**No. PD-1361-15**

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

APPEAL FROM THE FOURTEENTH COURT OF APPEALS OF TEXAS
No. 14-14-00307-CR
No. 14-14-00308-CR
No. 14-14-00309-CR
No. 14-14-00310-CR

## Eric Lynn Baumgart
*Appellant*

VERSUS

## The State of Texas
*Appellee*

# APPELLANT'S MOTION FOR LEAVE TO FILE A REPLY TO STATE'S MERIT BRIEF

**Michael D. Gillespie**
SBOT # 07926500
Gillespie Law Firm
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

INTO COURT COMES, ERIC LYNN BAUMGART, the appellant, who files this motion, through the attorney designated herein, and in support of said motion would respectfully show the court as follows:

On May 23, 2016 the prosecution-appellee filed its merit brief in this case and it raised arguments that warrant a reply. The appellant's reply, filed contemporaneously with this motion, addresses important issues created in the appellee's merit brief.

Wherefore, premises considered, the appellant requests the court to grant this motion and to allow the appellant to file his reply.

Respectfully submitted by:

**Michael D. Gillespie**
SBOT # 07926500

*Attorney for*:
Eric Lynn Baumgart
Appellant

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4(i)(3) of the Texas Rules of Appellate Procedure, it is certified that this document contains 98 words for included sections as defined under Rule 9.4(i)(1) and that it is compliant with Rule 9.4(i)(3)(D).

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(d) of the Texas Rules of Appellate Procedure, it is certified that a true copy of these papers were served on the following parties:

**State Prosecuting Attorney**
Via: *Email to lisa.mcminn@spa.texas.gov*

**Harris County District Attorney**
Via: *Email to curry_alan@dao.hctx.net*
*Email to mccrory_daniel@dao.hctx.net*

**Andrew M. Bayley**
Attorney for Amici Curiae
Via: *Email to andrew@bayleylawfirm.com*

**William S. Marks**
Amicus Curiae pro se
Via: *Email to wsmarks385@yahoo.com*

**Texas Attorney General**
General Litigation Division
Via: *Email to const_claims@texasattorneygeneral.gov*

Certified by:

**Michael D. Gillespie**
SBOT # 07926500